JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
XHENI RISTANI, ESQ.
Nevada Bar No. 15313
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Tel: (702) 384-4012 / Fax: (702) 383-0701
jgormley@ocgas.com
xristani@ocgas.com
*Attorneys for Defendant*
*Jessica P. Virgi*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA P. VIRGI,<br><br>Defendant. | CASE NO.: 2:20-cv-01458-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LIFE INSURANCE COMPANY OF THE SOUTHWEST and Defendant JESSICA P. VIRGI, through their respective counsel, that Defendant has up to and including September 11, 2020 to respond to Plaintiff's Complaint.

///

///

///

///

///

///

There have been no other requests for extensions of time filed in this matter.

**IT IS SO STIPULATED:**

DATED this 25th day of August, 2020

OGLETREE, DEAKINS, NASH,
SMOAK & STEWARD, P.C.

*/s/ Ann-Martha Andrews*
Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
2415 East Camelback Road, St. 800
Phoenix, AZ 85016
*Attorney for Plaintiff*
*Life Insurance Company of the Southwest*

DATED this 25th day of August, 2020

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Xheni Ristani*
John E. Gormley
Nevada Bar No. 001611
Xheni Ristani
Nevada Bar No. 15313
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant*
*Jessica P. Virgi*

**ORDER**

Upon stipulation of the parties,

IT IS HEREBY ORDERED that Defendant has up to and including September 11, 2020 to respond to Plaintiff's Complaint.

DATED this 27th day of August, 2020.

U.S. MAGISTRATE JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

By: */s/ Xheni Ristani*
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
XHENI RISTANI, ESQ.
Nevada Bar No. 15313
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Tel: (702) 384-4012
*Attorneys for Defendant Jessica P. Virgi*