JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
XHENI RISTANI, ESQ.
Nevada Bar No. 15313
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Tel: (702) 384-4012 / Fax: (702) 383-0701
jgormley@ocgas.com
xristani@ocgas.com
*Attorneys for Defendant*
*Jessica P. Virgi*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA P. VIRGI,<br><br>Defendant. | CASE NO.:   2:20-cv-01458-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LIFE INSURANCE COMPANY OF THE SOUTHWEST and Defendant JESSICA P. VIRGI, through their respective counsel, that Defendant has up to and including October 2, 2020 to respond to Plaintiff's Complaint.

This is the second request for extension of time filed in this matter. The parties submit this request because they believe that they have resolved the matter and require additional time to conclude their negotiations and submit appropriate paperwork to the Court.

///

///

///

1

**IT IS SO STIPULATED:**

DATED this 9th day of September, 2020    DATED this 9th day of September, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWARD, P.C.    OLSON CANNON GORMLEY & STOBERSKI

*/s/ Ann-Martha Andrews*
ANN-MARTHA ANDREWS
Nevada Bar No. 007585
KRISTINA N. HOLMSTROM
Nevada Bar No. 010086
2415 East Camelback Road, St. 800
Phoenix, AZ 85016
*Attorney for Plaintiff*
*Life Insurance Company of the Southwest*

*/s/ Xheni Ristani*
JOHN E. GORMLEY
Nevada Bar No. 001611
XHENI RISTANI
Nevada Bar No. 15313
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant*
*Jessica P. Virgi*

## ORDER

Upon stipulation of the parties,

IT IS HEREBY ORDERED that Defendant has up to and including October 2, 2020 to respond to Plaintiff's Complaint.

DATED this 10th day of September, 2020.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

By: */s/ Xheni Ristani*
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
XHENI RISTANI, ESQ.
Nevada Bar No. 15313
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Tel: (702) 384-4012
*Attorneys for Defendant Jessica P. Virgi*

2