JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
XHENI RISTANI, ESQ.
Nevada Bar No. 15313
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Tel: (702) 384-4012 / Fax: (702) 383-0701
jgormley@ocgas.com
xristani@ocgas.com
*Attorneys for Defendant*
*Jessica P. Virgi*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, <br><br> Plaintiff, <br><br> vs. <br><br> JESSICA P. VIRGI, <br><br> Defendant. | CASE NO.:   2:20-cv-01458-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LIFE INSURANCE COMPANY OF THE SOUTHWEST and Defendant JESSICA P. VIRGI, through their respective counsel, that Defendant has up to and including October 16, 2020 to respond to Plaintiff's Complaint.

This is the third request for extension of time filed in this matter. The parties submit this request because they have resolved the matter and require additional time to conclude their negotiations and submit appropriate paperwork to the Court.

///

///

///

1

**IT IS SO STIPULATED:**

DATED this 2nd day of October, 2020              DATED this 2nd day of October, 2020

OGLETREE, DEAKINS, NASH,                          OLSON CANNON GORMLEY & STOBERSKI
SMOAK & STEWART, P.C.

*/s/ Ann-Martha Andrews*                          */s/ John E. Gormley*
ANN-MARTHA ANDREWS                                JOHN E. GORMLEY
Nevada Bar No. 007585                             Nevada Bar No. 001611
KRISTINA N. HOLMSTROM                             XHENI RISTANI
Nevada Bar No. 010086                             Nevada Bar No. 15313
2415 East Camelback Road, St. 800                 9950 West Cheyenne Avenue
Phoenix, AZ 85016                                 Las Vegas, Nevada 89129
*Attorney for Plaintiff*                          *Attorneys for Defendant*
*Life Insurance Company of the Southwest*         *Jessica P. Virgi*

## ORDER

Upon stipulation of the parties,

IT IS HEREBY ORDERED that Defendant has up to and including October 16, 2020 to respond to Plaintiff's Complaint.

DATED this 5th day of October, 2020.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

By: */s/ John E. Gormley*
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
XHENI RISTANI, ESQ.
Nevada Bar No. 15313
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Tel: (702) 384-4012
*Attorneys for Defendant Jessica P. Virgi*

2